IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 15-16611-EEB |
| | ) | |
| RANDALL A. STRUNK, | ) | Chapter 7 |
| EMILY R. STRUNK, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| BENEFIT SYSTEMS, INC. | ) | Adversary Case No. 15-01360-EEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EMILY R. STRUNK, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT EMILY STRUNK'S DISCLOSURE OF WITNESSES AND EXHIBITS**

Defendant Emily Strunk, through her undersigned counsel, and pursuant to the Minute Order issued on April 6, 2017 and Fed. R. Civ. P. 26(a)(3), submits her Disclosure of Witnesses and Exhibits:

**I. WITNESSES**

Defendant will call the following witnesses:

1. Patricia Jo Stone, a Colorado lawyer in good standing and Ms. Strunk's mother, to testify regarding the independent contractor agreement between Ms. Strunk and Benefit System's Inc. ("BSI") and the termination thereof.

2. Wendy Carlson, Expert Document Examiner, to testify regarding the matters discussed in her report dated December 19, 2016, including but not limited to whether or not Ms. Strunk executed that certain Engagee/Contractor Innovation Assignment, Nondisclosure, Noncompete, and Nonsolicitation Agreement entered into on or around February 9, 2009 (the "Innovation Contract").

Defendant may call the following witnesses:

3. Emily Strunk, Defendant in this case.

4. James Z. Stone, father of the Defendant.

5. Gregory P. Burge, Benefit Systems, Inc., as an adverse witness.

6. Marc D. Murr, formerly of Benefit Systems, Inc., as an adverse witness.

7. Bryan D. Uecker, formerly of Benefit Systems, Inc., as an adverse witness.

8. Any witnesses listed by Plaintiff.

9. Any witness necessary to authenticate any exhibit.

10. Any witness necessary for impeachment or rebuttal.

## II.   EXHIBITS

| Ex. | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| A. | Email string from Emily Strunk with attachment (December 2, 2008) | | | Plaintiff's Exhibit 3 |
| B. | March 14, 2012 letter from Colorado Benefits Outsourcing | | | Plaintiff's Exhibit 4 |
| C. | Email from Emily Strunk (November 14, 2008) | | | Plaintiff's Exhibit 11 |
| D. | Email from Augie Spagnola (May 21, 2008) | | | Plaintiff's Exhibit 15 |
| E. | Email from Marc Murr (September 4, 2008) | | | Plaintiff's Exhibit 16 |
| F. | Email string from Marc Murr (January 10, 2012) | | | Plaintiff's Exhibit 19 |
| G. | Email string from Emily Strunk (March 6, 2012) | | | Plaintiff's Exhibit 20 |

| Ex. | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| H. | Email string from Emily Strunk (March 15, 2012) | | | Plaintiff's Exhibit 31 |
| I. | Email string from Kaye Steele (April 2, 2012) | | | Plaintiff's Exhibit 50 |
| J. | Wendy Carlson's Expert Report | | | |
| K. | Jeff D. Heard, Jr.'s Expert Report | | | |
| L. | Judgment of Disbarment of Mark Murr, former owner of BSI, dated October 4, 2004 | | | |
| M. | Fax from Marc Murr (March 12, 2012) | | | |
| N. | Personal Guarantee Agreement (January 2, 2012) | | | |
| O. | Email string (November 11, 2010) | | | |
| P. | Email string from Emily Strunk (April 9, 2012) | | | |
| Q. | Letter from Greg Burge (April 12, 2012) | | | |
| R. | Email string from Joong Kim (April 24, 2012) | | | |
| S. | Email string from Jo Stone (October 1, 2012) | | | |
| T. | Shipping invoices (April 24, 2012) | | | |
| U. | Summary of BSI Revenue Totals from 2009-11 | | | |
| V. | Compilation of Emily Strunk's signatures | | | |

| Ex. | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| W. | Documents including each of Emily Strunk's signatures from Exhibit V | | | |
| X. | Any exhibit necessary for rebuttal or impeachment. | | | |
| Y. | Any exhibit designated by any other party | | | |

Respectfully submitted this 12th day of July, 2017.

/s/ Margaret M. Gibson_____

Margaret M. Gibson, Esq. #44073
MAJORS GIBSON, LLC
1624 Market Street, Suite 310
Denver, CO 80202
(303) 848-4052 Phone
(720) 452-0692 Fax
meg@majorsgibson.com
ATTORNEY FOR DEFENDANT

4

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of July, 2017, a true and correct copy of the foregoing was served via email and/or U.S. Mail, first-class postage prepaid, to the following:

David V. Wadsworth
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
dwadsworth@wwc-legal.com

Aaron J. Conrardy
1660 Lincoln St., Ste. 2200
Denver, CO 80264
aconrardy@wwc-legal.com
*Counsel for Plaintiff*

                                            */s/ Margaret M. Gibson*